IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

BRENDA DILLON NORMAN and
YVONNE LYNETTE GARY

CRIMINAL NO. 5:14cr14 DCB-LRA
18 U.S.C. § 286
18 U.S.C. § 287
18 U.S.C. § 1028A

**The Grand Jury Charges:**

## COUNT 1

That beginning on or about October 7, 2009, and continuing until on or about April 15, 2011, in Claiborne County, in the Western Division of the Southern District of Mississippi and elsewhere, the defendants, **BRENDA DILLON NORMAN and YVONNE LYNETTE GARY**, knowingly conspired with each other and with other persons known and unknown to the grand jury, to defraud the Internal Revenue Service, an agency of the United States Department of the Treasury, by obtaining and aiding each other to obtain the payment of a false, fictitious and fraudulent claim in the manner and means as follows:

It was a part of the conspiracy that the defendant, **BRENDA DILLON NORMAN**, would obtain the name and social security numbers of persons she met through her religious organization, and would provide those names and social security numbers to the defendant, **YVONNE LYNETTE GARY**.

It was also a part of the conspiracy that the defendant, **YVONNE LYNETTE GARY**, would use the names and social security numbers provided to her by the defendant, **BRENDA DILLON NORMAN**, to prepare and submit false and fraudulent Federal income tax returns to the Internal Revenue Service. These Federal income tax returns were false, in that they claimed deductions and credits that the respective taxpayers were not entitled to claim, and in that they claimed wage and income information that was false.

All in violation of Section 286, Title 18, United States Code.

COUNTS 2-13

That on or about the dates listed below, in Claiborne County, in the Western Division of the Southern District of Mississippi and elsewhere, the defendants, **BRENDA DILLON NORMAN and YVONNE LYNETTE GARY**, aided and abetted by each other and by others known and unknown to the grand jury, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amounts listed below, which the defendants **NORMAN and GARY** then and there knew to be false, fictitious, and fraudulent. The defendants, **BRENDA DILLON NORMAN and YVONNE LYNETTE GARY**, made the claims by preparing and causing to be prepared, and presenting and causing to be presented to said agency, U.S. Individual Income Tax Returns, Forms 1040 for the years listed below which requested refunds to which the defendants knew they were not entitled.

| COUNT | TAXPAYER | RETURN RECEIVED BY IRS | REFUND CLAIMED | TAX YEAR |
|---|---|---|---|---|
| 2 | E.A. | 2/22/2010 | $5,178.00 | 2009 |
| 3 | E.A. | 4/15/2011 | $6,256.00 | 2010 |
| 4 | A.C. | 5/7/2010 | $7,408.00 | 2009 |
| 5 | A.C. | 2/7/2011 | $5,436.00 | 2010 |
| 6 | B.C. | 3/8/2010 | $4,138.00 | 2009 |
| 7 | E.D. | 4/7/2010 | $5,183.00 | 2009 |
| 8 | E.D. | 2/7/2011 | $6,246.00 | 2010 |
| 9 | G.D. | 2/7/2011 | $7,246.00 | 2010 |
| 10 | V.J. | 4/12/2010 | $5,183.00 | 2009 |
| 11 | V.S. | 3/8/2010 | $5,178.00 | 2019 |
| 12 | V.S. | 2/7/2011 | $5,436.00 | 2010 |

| 13 | B.V. | 4/15/2010 | $5,193.00 | 2009 |

All in violation of Sections 287 and 2, Title 18, United States Code.

COUNTS 14-16

That on or about the dates listed below, in Claiborne County, in the Western Division of the Southern District of Mississippi and elsewhere, the defendant, **BRENDA DILLON NORMAN**, aided and abetted by others known and unknown to the grand jury, knowingly used without lawful authority a means of identification of another person, during and in relation to a violation of Section 641, Title 18, United States Code, to wit, theft of public money.

| COUNT | TAXPAYER | RETURN RECEIVED BY IRS | REFUND CLAIMED | TAX YEAR |
| --- | --- | --- | --- | --- |
| 14 | E.A. | 11/16/2009 | $10,417.00 | 2008 |
| 15 | V.J. | 11/23/2009 | $12,544.73 | 2008 |
| 16 | L.N. | 11/7/2009 | $10,408.00 | 2008 |

All in violation of Sections 1028A and 2, Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _____9th_____ day of _September_, 2014.

_____
UNITED STATES MAGISTRATE JUDGE