IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CRIMINAL NO. 5:14-cr-14-DCB-LRA

BRENDA DILLON NORMAN
AND YVONNE LYNETTE GARY

ORDER OF CONTINUANCE

This cause having come before the Court on the motion of defendant Brenda Dillon Norman to continue this matter **(docket entry 43)** and defendant Yvonne Lynette Gary's Joinder for Continuance **( docket entry 44)**, and the Government advising that it has no objection to said motions, and the Court having considered said motions, finds that for all counts and for all defendants said motion is well taken and for the following reasons is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that counsel for defendant Brenda Dillon Norman entered his appearance in this case on March 5, 2015 , and needs time to review all discovery which is extensive and review and discuss same with defendant, and additional time to prepare a defense as necessary in preparation for trial, and the Government and Defense need time to explore issues related to a resolution of this action. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendants in a speedy trial in this cause and are best served by granting the requested continuance.

     The Court finds that any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar have been waived and finds that the motion should be granted for the reasons described above.

     IT IS THEREFORE ORDERED that this matter be continued until the Court's next trial term which begins June 1, 2015 , and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

     SO ORDERED this the   25th   day of   March   , 2015.

                                                       s/David Bramlette
                                            UNITED STATES DISTRICT JUDGE