IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    CRIMINAL NO. 5:14-cr-14-DCB-LRA

BRENDA DILLON NORMAN                                        DEFENDANT

## ORDER

Defendant Brenda Dillon Norman's Motion for Continuance of Sentencing Hearing filed by and through her counsel of record, Honorable Dennis C. Sweet was denied by the Court by Order **[70]** dated December 4, 2015. The Motion did not state a good cause for the request. By telephone call this date, Mr. Dennis Sweet advises that his request is based on a recent illness which caused him to be hospitalized, and therefore he has not met with his client to review the Presentence Investigation Report. Upon reconsideration the Court will GRANT the request.
The  sentencing hearing of this matter will be continued and reset for January 14, 2016 at 9:30 a.m. in Jackson, Mississippi.

SO ORDERED this the  7th  day of December, 2015.


                              s/David Bramlette
                              UNITED STATES DISTRICT JUDGE